UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Smith<br><br>    Defendant<br><br>    v.<br><br>United States of America,<br><br>    Petitioner | DC. Case No.: SA 8:09-CR-00248(A)<br><br>ORDER [826] |

FOR GOOD CAUSE SHOWN, THE MOTION FOR APPOINTMENT OF COUNSEL

IS GRANTED.

THIS 11th DAY OF 20 13

_____
For the District Court

DAVID O. CARTER

19